IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BIKASH GURUNG, | § § § | |
| Petitioner, | § § | |
| v. | § § | 1:26-CV-404-RP |
| KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*, et al., | § § § § § | |
| Respondents. | § § | |

### ORDER

Before the Court is Petitioner Bikash Gurung's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (Dkt. 1). The Court ordered Respondents to show cause as to why the Petition should not be granted. (Dkt. 2). Respondents requested an extension of time to respond, (Dkt. 4), which the Court granted, (Text Order Dated March 3, 2026). On March 5, 2026, Federal Respondents filed a response. (Dkt. 5).

The Court's original Order to Show Cause had instructed that "Petitioner shall file a reply on or before March 5, 2026." (Dkt. 2, at 3). In light of the extension granted to Respondents, (Dkt. 5), **IT IS ORDERED** that Petitioner shall file a reply to Respondents' Response, (Dkt. 5), if any, on or before March 10, 2026.

**SIGNED** on March 6, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE